UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOEHN DIALLO UHURU,<br><br>Plaintiff,<br><br>v.<br><br>JIM BONNIFIELD, et al.,<br><br>Defendants | Case No. 2:19-cv-10449-JVS-KES<br><br>ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Final Report and Recommendation ("R&R") of the United States Magistrate Judge. (Dkt. 30.) Further, the Court has engaged in a de novo review of those portions of the initial R&R to which objections have been made. (Dkt. 26.) The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

//
//
//
//

IT IS THEREFORE ORDERED that:

(1) The following claims are dismissed **with leave to amend**:

    (a) the ADA discrimination claims against Defendants Farao, Reynoso, and Gomez;

    (b) the Free Exercise and RLUIPA claims based on the denial of permission to hold NHI religious banquets;

    (c) the Free Exercise and RLUIPA claims based on the loss and/or damage to Plaintiff's Torah, keter, Star of David necklace, hot pot, JWIN music player, and guitar;

    (d) the Free Exercise and RLUIPA claims based on the confiscation of musical instruments in July 2018;

    (e) the Free Exercise and RLUIPA claims based on the work assignment that required Plaintiff to work on the NHI sabbath,

    (f) the Free Exercise and RLUIPA claims based on access to CMC facilities for NHI group worship;

    (g) the Fourteenth Amendment Equal Protection claim based on discrimination against NHI religious adherents at CMC; and

    (h) the claims arising from the April 2017 incident when Plaintiff was allegedly sprayed with a fire extinguisher while praying on a transfer bus;

    (i) the claim that Plaintiff was denied access to the San Francisco Bay View periodical for a year; and

    (j) the claims arising from the strip search conducted in connection with his transfer from CMC to CHCF.

(2) All other claims in the First Amended Complaint are dismissed **without leave to amend**.

(3) Although Plaintiff is granted leave to amend by filing a Second Amended Complaint, such leave is limited to the events and claims

described in the FAC and Objections and listed, and which occurred before the filing of the initial Complaint in December 2019.

DATED: November 02, 2020

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

3