UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO UHURU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JIM BONNIFIELD, et al.,<br><br>　　　　Defendants. | Case No. 2:19-cv-10449-JVS-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge issued on June 21, 2021. (Dkt. 50.) Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. (Dkt. 51.) The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that:

(1) The following claims shall be allowed to proceed:

　　(a) Free Exercise and Equal Protection § 1983 claims based on denial of NHI group worship at CMC against Defendants

1

|  |  |
|---|---|
|  | Bonnifield, Gastelo, Alderson, Samuel, Ingwerson, Steck, and Williams in their individual capacities; |
| (b) | Free Exercise and Equal Protection § 1983 claims based on denial of an NHI chaplain or inmate minister against Defendant Gastelo in her individual capacity; |
| (c) | RLUIPA claim based on denial of NHI banquets against Defendant Allison in her official capacity; |
| (d) | Free Exercise and Equal Protection § 1983 claims based on denial of NHI banquets against Defendants Bonnifield, Gastelo, Alderson, Ingwerson, and Steck in their individual capacities; |
| (e) | Free Exercise § 1983 claim based on Plaintiff being forced to work on the NHI Sabbath against Defendant Gomez in his individual capacity; |
| (f) | RLUIPA claim based on loss or damage to Plaintiff's religious property against Defendant Davidson in his official capacity; and |
| (g) | Free Exercise § 1983 claim based on loss or damage to Plaintiff's religious property against Defendant Davidson in his individual capacity. |

(2) All other claims are dismissed without further leave to amend.

DATED: August 30, 2021

                                      JAMES V. SELNA
                                      UNITED STATES DISTRICT JUDGE