# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:19-cv-10449-JVS-KES                                       Date:  September 24, 2021

Title: KOHEN DIALLO UHURU v. JIM BONNIFIELD, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   Order to Show Cause Why Case Should Not Be Dismissed for Refusing Mail

In August 2021, the Court mailed Plaintiff Kohen Diallo Uhuru ("Plaintiff") an order accepting an earlier Report & Recommendation. (Dkt. 52.) It was returned marked "Inmate *refused* mail." (Dkt. 57.) The Court mailed three additional orders on September 9, 2021. (Dkt. 54, 55, 56.) All three were returned, two marked refused. (Dkt. 58, 59, 60.)

The Court communicates with *pro se* parties by mail. "A party proceeding *pro se* must keep the Court and all other parties informed of the party's current address …. If a Court order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute." Local Rule 41-6.

Plaintiff is proceeding *pro se*, i.e., he is not represented by counsel. Four pieces of mail have been returned to the Court as undeliverable –not because of a change of address, but because Plaintiff refused them. More than 14 days has elapsed since the first returned order was mailed in August 2021. The Court, therefore, orders Plaintiff to show cause why this lawsuit should not be dismissed for Plaintiff's failure to provide the Court with an address where he will accept mail. **On or before October 1, 2021,** Plaintiff shall file a response to this order explaining why he refused to accept mail from the Court and agreeing not to do so in the future. If Plaintiff fails to timely respond, or if this order is returned as undeliverable because Plaintiff refuses it, then Plaintiff's lawsuit may be summarily dismissed, with or without prejudice.

Initials of Deputy Clerk JD