UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO UHURU,<br><br>Plaintiff,<br><br>v.<br><br>JIM BONNIFIELD, et al.,<br><br>Defendants. | Case No. 2:19-cv-10449-JVS-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 225). Further, the Court has engaged in a de novo review of those portions of the R&R to which objections (Dkt. 227, 231, 232) have been made.[1] The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Defendants' motion for summary

---

[1] Plaintiff also filed a copy of an IRS form entitled "Notice Concerning Fiduciary Relationship" (Dkt. 230) and responses to interrogatories from another case (Dkt. 233). The relevance of these filings is unclear, but they do not appear to be intended as objections to the R&R.

judgment (Dkt. 197) is **granted in part** as to all banquet-related claims and **denied in part** as to the property-related claims against Defendant Davidson; and

(2) Plaintiff's motion for summary judgment (Dkt. 190) is **denied**.

This case is referred back to the Magistrate Judge for further proceedings on Plaintiff's remaining claims, i.e., his claims under the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 1983, and the Free Exercise Clause based on loss or damage to his religious property against Defendant Davidson in his individual capacity.

DATED: April 28, 2025

                                      JAMES V. SELNA
                                      UNITED STATES DISTRICT JUDGE