UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KOHEN DIALLO UHURU,
Plaintiff,
v.
JIM BONNIFIELD, et al.,
Defendants.

Case No. 2:19-cv-10449-JVS-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 271). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Defendant Davidson has not proven his affirmative defense of lack of exhaustion. See generally Albino v. Baca, 747 F.3d 1162, 1170-71 (9th Cir. 2014) ("If a motion for summary judgment [asserting lack of

exhaustion] is denied, disputed factual questions relevant to exhaustion should be decided by the judge, in the same manner a judge rather than a jury decides disputed factual questions relevant to jurisdiction and venue.”).

2. Defendant Davidson shall file any motion for summary judgment challenging the substance of Plaintiff’s remaining property-related claims under the Religious Land Use and Institutionalized Persons Act (“RLUIPA”), 42 U.S.C. § 1983, and the First Amendment Free Exercise Clause **within thirty (30) days** of the date of this order.

DATED: August 25, 2026

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE